JORDAN, Circuit Judge,
concurring in part and dissenting in part.
I concur in the Court’s opinion in all respects but one. Given that the government failed to prove that the form submitted on November 30, 2009, contained any false statements, the evidence — as the Court notes — was insufficient as to Count 3. I would set aside Ms. Myers’ conviction on Count 3, for in my view “affirming a conviction where the government has failed to prove each essential element of the crime beyond a reasonable doubt ‘affect[s] substantial rights,’ and seriously impugns ‘the fairness, integrity and public reputation of judicial proceedings.’ ” United States v. Gaydos, 108 F.3d 505, 509 (3d Cir.1997) (emphasis added and citation omitted).